47

PER CURIAM.

(No. 74-CC-741—

DR. ALFRED T. KING, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 2, 1974.*

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-745—

LAWRENCE JACKSON, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 2, 1974.*

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.